IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TRANSDATA, INC., | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 5:11-CV-01032 |
| | § | |
| OKLAHOMA GAS & ELECTRIC COMPANY, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendant.* | § | |

## NOTICE OF MOTION TO TRANSFER FILED WITH THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TransData files this Notice to inform the Court that on October 5, 2011, it filed a Motion to Transfer with the Judicial Panel on Multidistrict Litigation related to this case. Attached as Exhibit A hereto is TransData's Motion to Transfer and supporting documents, including its brief in support of the Motion, the exhibits thereto, the schedule of actions, and the proof of service. All parties to this litigation have been served with a copy of the Motion and the supporting documents. For the Court's convenience, the actions subject to the Motion filed with the Judicial Panel on Multidistrict Litigation are the following:

- *TransData, Inc. v. CenterPoint Energy Houston Electric, LLC, et al.*, No. 6:10-cv-00557 (E.D. Tex.)

- *TransData, Inc. v. Tri-County Electric Cooperative, Inc.*, No. 6:11-cv-00046 (E.D. Tex.)

- *TransData, Inc. v. Denton County Electric Cooperative, Inc., d/b/a CoServ Electric*, No. 6:11-cv-00113 (E.D. Tex.)

- *TransData, Inc. v. Alabama Power Co.*, No. 2:11-cv-00635 (M.D. Ala.)

- *TransData, Inc. v. Georgia Power Co.*, No. 5:11-cv-00305 (M.D. Ga.)

- *TransData, Inc. v. Mississippi Power Co.*, No. 3:11-cv-00499 (S.D. Miss.)

- *TransData, Inc. v. Oklahoma Gas & Electric Co.*, No. 5:11-cv-01032 (W.D. Okla.)

Dated: October 6, 2011

Respectfully submitted,

*/s/ R. Scott Thompson*
Andrew W. Lester, OBA No. 5388
R. Scott Thompson, OBA No. 17712
Carrie L. Williams, OBA No. 21866
**LESTER, LOVING & DAVIES, P.C.**
1701 South Kelly Avenue
Edmond, Oklahoma 73013-3623
Telephone: 405-844-9900
Facsimile: 405-844-9958
alester@lldlaw.com

**-and-**

Paul R. Steadman, P.C., PHV
**KIRKLAND & ELLIS LLP**
300 N. LaSalle Street
Chicago, Illinois 60654
(312) 862-2000 Phone
(312) 862-2200 Fax
paul.steadman@kirkland.com

*Attorneys for Plaintiff TransData, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2011, I filed a copy of TransData, Inc.'s Notice of Motion to Transfer Filed with the Judicial Panel on Multidistrict Litigation via the Court's ECF System.

*/s/ R. Scott Thompson*
R. Scott Thompson