# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TransData, Inc., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. CIV-11-1032-C |
| | § | |
| Oklahoma Gas & Electric Company, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Motion of Defendant, Oklahoma Gas & Electric Company for an Extension of Time to Respond to the Complaint [Document No. 16] (the "Motion"), comes before the Court for consideration. For good cause shown, the Court finds that the Motion should be GRANTED, in part.

Plaintiff is directed to respond to the motion for Extension on or before October 19th, 2011. Meanwhile, Defendant is granted to October 26th to answer.

Dated this 12th day of October, 2011.

ROBIN J. CAUTHRON
United States District Judge